### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHERIE JACKSON, | ) |
|       Plaintiff, | ) |
| v. | )    C.A. No. 1:22-CV-00864-MN |
| THE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES, and ERIC V. BORDLEY, in his individual capacity, and ANDREW C. DOWELL, in his individual capacity, and AMANDA COKER, in her individual capacity, | ) |
|       Defendants. | ) |

### JOINT [PROPOSED][1] VOIR DIRE

**COME NOW** the parties, pursuant to D. Del. L.R. 47.1 (a), and submit the following proposed questions to be asked of the jurors during voir dire in addition to the Court's standard questions.

1. Does any member of the jury panel know of any reason why he or she would be unable to award money damages in favor of the Plaintiff, if the evidence and the law so required, or conversely, to return a verdict in favor of the Defendants if the evidence and the law so required?

2. Have you or any of your family members ever been employed by The State of Delaware, Department of Services for Children Youth and Their Families?

3. Have you ever interacted with The State of Delaware, Department of Services

---

[1] All questions herein are submitted jointly, except for Question Nos. 22 and 23, which are designated as [Plaintiff's Proposed Questions]. Defendants object to such questions as they are prejudicial and irrelevant. Defendants further state that Question No. 31 more appropriately gauges a potential juror's credibility on the issue of religious affiliation.

for Children Youth and Their Families?

4. Have you ever been involved in the hiring, promotion, demotion, termination or discipline of any employee?

5. Have you or any of your relatives or friends ever been accused of discrimination in the workplace?

6. Do you think you might trust the testimony of a management-level employee more than that of an employee who does not have as high a ranking?

7. Have you or any of your family members ever been subject to a hostile work environment in the workplace?

8. Have you or any of your family members ever been wrongfully terminated from employment?

9. Have you or any of your family members ever been subject to discrimination in the workplace?

10. Have you or any of your family members ever been subject to harassment in the workplace?

11. Have you or any of your family members ever been subject to retaliation in the workplace?

12. Do you or any of your friends or family members know Cherie Jackson?

13. Do you or any of your friends or family members know Amanda Coker, Eric Bordley, or Andrew Dowell?

14. Have you or any of your family members ever filed a charge of discrimination?

15. Have you or any persons you know ever been a witness in a legal proceeding involving an employment dispute?

16. Have you or any of your family members ever been employed by the State of Delaware?

17. Have you or any of your family members attended a Black Lives Matters event?

18. Have you or any of your family members attended a MAGA event?

19. Have you or any of your family members attended a political rally?

20. Are you or any of your family members supporters of Black Lives Matters?

21. Are you or any of your family members supporters of MAGA?

22. **[Plaintiff's Proposed Question]** Do you think that we need laws that prohibit employers from discriminating against employees on the basis of being a racist?

23. **[Plaintiff's Proposed Question]** Do you believe atheists are entitled to all the legal protections as those who believe in God?

24. Do you believe that you or any of your close friends or family have been the victim of discrimination in the workplace because of your age, gender, race, religion or disability?

25. Do you possess any opinions about the Delaware Department of Services for Children, Youth, and their Families that might keep you from being a fair and impartial juror in this case?

26. The potential witnesses in this case are: (*See attached typed list*). Are you familiar with any of these potential witnesses?

27. Have you served as a juror in a civil lawsuit within the last fifteen (15) years?

28. Do you have any prior experience with litigation that might make it difficult for you to be a fair and impartial juror in this case?

29. Will a person's race or heritage affect your evaluation of the person's testimony?

30. Will a person's political affiliation affect your ability to evaluate a person's credibility?

31. Will a person's religious affiliation, or lack thereof, affect your ability to evaluate a person's credibility?

32. Do you know any of the other potential jurors here today?

33. Have you, or your immediate families, applied for a job or a job promotion that you did not receive?

34. Have you, or your immediate families, been discriminated against on the basis of race?

35. Have you or your immediate families been discriminated against on the basis of religion?

36. Have you or your immediate families been discriminated against on the basis of political affiliation?

37. Do you have any reason to favor or disfavor attorneys who represent plaintiffs?

38. Do you have any reason to favor or disfavor attorneys who represent defendants?

39. Do you believe you cannot be a fair and impartial juror?

40. Do you have any strong feelings about lawsuits in general?

41. Do you have any strong feelings about the justice system?

42. Do you believe an employee who goes through the trouble of filing suit 'must' have a valid case?

43. Do you believe a company that has been sued should have to prove its don't nothing wrong?

44. Have you or any members of your family ever been party to any type of legal action, either civil or criminal?

45. Do you believe that you could not be fair in deciding a claim that an employee suffered a hostile work environment because of race, lack of religion, or political affiliation?

46. Do you believe that you could not be fair in deciding a claim that an employee suffered retaliation because of race, lack of religion, or political affiliation?

47. If you are selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

48. If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as I give it to you?

49. Is there anything such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

50. Have you previously been a party or witness in an employment discrimination lawsuit?

51. Have you or someone close to you ever made a formal complaint at work?

52. Have you or someone close to you ever been treated unfairly at work?

53. This is the last question. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your service as a juror in this case?