## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHERIE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:22-CV-00864-MN |
| | ) | |
| THE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES, and ERIC V. BORDLEY, in his individual capacity, and ANDREW C. DOWELL, in his individual capacity, and AMANDA COKER, in her individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **SPECIAL FORM OF VERDICT**

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.**

# **VERDICT FORM**

**PART A. CLAIMS AGAINST THE DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES**

We the jury, answer the following questions submitted to us as follows:

1. Has Plaintiff Cherie Jackson proven by a preponderance of the evidence that Defendant Delaware Department of Services for Children, Youth, and their Families, through its agents and employees, violated her rights under Title VII of the Civil rights Act by creating a hostile work environment based upon race?

**Yes** _____     **No** _____

2. Has Plaintiff Cherie Jackson proven by a preponderance of the evidence that Defendant, State of Delaware, the Department of Services for Children, Youth, and their Families, through its agents and employees, violated her rights under Title VII of the Civil rights Act by creating a hostile work environment based upon lack of religion?

**Yes** _____     **No** _____

3. If you answered "Yes" to question 1 or question 2, continue to question 3. If you answered "No" to question 1, proceed to Part B.

4. If you answered "YES" to either question 1 or question 2, state the monetary amount that will compensate Ms. Jackson for being subjected to a hostile work environment.

$_____

5. If you decide that Ms. Jackson is not entitled to any monetary amount, Plaintiff will be awarded nominal damages in the amount of $1.00.

      6.      Do you award punitive damages against the State of Delaware, the Department of Services for Children, Youth, and their Families?

              Answer: Yes _____ No _____

              If yes, in what amount?

              Answer: $_____
              (Fill in Dollar Figure)

## PART B. SECTION 1983 CLAIMS AGAINST ERIC V. BORDLEY, ANDREW C. DOWELL AND AMANDA COKER

      1.      Has Plaintiff Cherie Jackson proven by a preponderance of the evidence that Defendant, Eric V. Bordley, retaliated against plaintiff Jackson for exercising her First Amendment rights?

              **Yes** _____              **No** _____

      2.      Did Plaintiff Cherie Jackson, prove by a preponderance of the evidence, that she was harmed as a result of Defendant Bordley's actions?

              **Yes** _____              **No** _____

      3.      Has Plaintiff Cherie Jackson proven by a preponderance of the evidence that Defendant, Andrew C. Dowell, retaliated against Plaintiff Jackson for exercising her First Amendment rights?

              **Yes** _____              **No** _____

      4.      Did Plaintiff Cherie Jackson, prove by a preponderance of the evidence, that she was harmed as a result of Defendant Dowell's actions?

              **Yes** _____              **No** _____

5.  Has Plaintiff Cherie Jackson proven by a preponderance of the evidence that Defendant, Amanda Coker, retaliated against plaintiff Jackson for exercising her First Amendment rights?

**Yes** _____  **No** _____

6.  Did Plaintiff Cherie Jackson, prove by a preponderance of rhe evidence, that she was harmed as a result of Defendant Coker's actions?

**Yes** _____  **No** _____

7.  If you answered "YES" to either questions 1-2, questions 3-4, and/or questions 5-6, state the monetary amount that will compensate Ms. Jackson for being subjected to retaliation by Defendant Bordley and/or Defendant Dowell and/or Defendant Coker.

$_____

8.  If you answered yes to questions 1, 3, or 6 but no to questions 2, 4, and 6, Plaintiff will be awarded nominal damages in the amount of $1.00.

9**.**  Do you award punitive damages against the individual Defendants Defendant Bordley and/or Defendant Dowell and/or Defendant Coker.

Answer: Yes _____No _____

If yes, in what amount?

Answer: $_____
(Fill in Dollar Figure)

We the jury, answer the following questions submitted to us as follows:

So Say we all, this _____ day of _____, 2024.

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____                                         _____
Dated                                                                                    Juror

_____        _____
Dated                          Juror


_____        _____
Dated                          Juror


_____        _____
Dated                          Juror